```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02991
   PAUL VINCENT CAMPISE
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
     SSN XXX-XX-0652


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/11/08 and confirmed on 06/05/08.

     2.  The case was dismissed after confirmation, 09/26/2008.

     3.  The Debtor paid a total of $  20104.50 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 21165.93 | .00 | 8126.09 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 1297.29 | .00 | 498.06 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 20261.97 | 447.87 | 4116.36 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 16303.21 | 373.01 | 2910.55 |
| DIANA M CAMPISE | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BOFFA SURGICAL GROUP LLC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NEAL CERNE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 1000.00 | .00 | 1000.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 59028.40 | 1000.00 | .00 | .00 | 60028.40 |
| PRINCIPAL PAID | 15651.06 | 1000.00 | .00 | .00 | 16651.06 |
| INTEREST PAID | 820.88 | .00 | .00 | .00 | 820.88 |

```
TOTAL PAID                  16471.94       1000.00              .00             .00     17471.94
```
The Debtor's attorney, R DANIEL LYONS & ASSOC         , was allowed $           .00
and was paid $         .00 .

The Trustee received $   1059.06 .

Refunds to the Debtor totaled $   1573.50 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 02991 PAUL VINCENT CAMPISE